935 F.2d 268
 Rose (Sue), Yates (Leroy), Hicks (Mary), Hill (Jackie),
Lyles (Gary), Harrison (Smiddy), Woods (Keith), Eldridge
(Johnny), Mullins (Eugene), Childress (Greg), Breeding
(Charles), O'Quinn (Joey), Goins (Russell), Elkins (Roger),
Moore (Wanda), Mullins (Carolyn), Willis (Harold), Boyd
(Freddy), Turner (Dennis), Edwards (Tim), Blansett (Mickey)
v.
Phipps (Avery), Shortt (Burl), Sutherland (Jim), Sullivan
(Ira), Tate (Joe), Robinson (Jim), Vanover (Ralph)
 NOS. 90-2643, 90-2714
 United States Court of Appeals,
Fourth Circuit.
 JUN 12, 1991
 Appeal From: W.D.Va., 765
 F.Supp. 1541
 
 1
 APPEAL DISMISSED.